There are no objections to the court's charge. This is a companion case to Frank Harrington v. State, 117 S.W.2d 1091, opinion delivered May 11, 1938.

We are of the opinion that the facts are sufficient to show that appellant, together with another, committed the offense charged in the indictment, and the judgment is accordingly affirmed.

quently, no question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## BULLOCK v. STATE.

No. 19828.

Court of Criminal Appeals of Texas.

June 8, 1938.

Leslie A. Prichard, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for passing a forged instrument; punishment, confinement in the state penitentiary for a term of four years.

The record is before us without a statement of facts or bills of exceptions. No defect in the indictment or procedure has been pointed out or perceived. Conse-

## AGUILAR v. STATE.

No. 19846.

Court of Criminal Appeals of Texas.

June 8, 1938.

T. B. Monroe, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

Conviction for a misdemeanor; punishment being assessed at a fine of $100.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.